IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISIAH JONES, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) Case No. 23 C 3144 ) |
| CITY OF CHICAGO, *et al.*, | ) Judge Steven C. Seeger ) |
|       Defendants. | ) Magistrate Sheila M. Finnegan ) ) |
| | ) (This case is part of *In re: Watts* ) *Coordinated Pretrial Proceedings*, ) Master Docket No. 19-cv-1717) |

**MOTION TO WITHDRAW AS COUNSEL
FOR INDIVIDUAL DEFENDANT OFFICERS**

Pursuant to Local District Court Rule 83.17, Allyson L. West and Brian J. Stefanich respectfully requests leave to withdraw as counsel for all Individual Defendant Officers. In support of this motion, undersigned counsel states as follows:

1. Both Ms. West and Mr. Stefanich currently have their appearances on file for the Individual Defendant Officers.

2. Other attorneys from Hale & Monico, LLC have their appearances on file for the Individual Defendant Officers and will continue to represent the Individual Defendant Officers.

3. Ms. West and Mr. Stefanich are no longer involved in the litigation therefore, they respectfully request to withdraw their appearances for the Individual Defendant Officers.

Therefore, Ms. West and Mr. Stefanich respectfully requests that the Court grant them leave to withdraw for all Individual Defendant Officers, and that their appearances including electronic notifications, be terminated.

Respectfully submitted,

*/s/ Allyson L. West*
Special Assistant Corporation Counsel
One of the Attorneys for Defendant Officers

Andrew M. Hale
Brian J. Stefanich
William E. Bazarek
Allyson L. West
Anthony E. Zecchin
Kelly M. Olivier
Jason M. Marx
Hale & Monico LLC
53 W. Jackson Blvd., Suite 334
Chicago, Il 60604
312-341-9646

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney hereby certifies that I caused the foregoing motion to be filed with the Clerk of the Court's office on the date affixed to the margins herein, using the Clerk's NextGen/ECF filing system, which simultaneously sent notification as to the same to all counsel of record via electronic mail.

*/s/ Allyson L. West*